# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | STEVEN PAUL & ROBERTA CHARLENE KEITH | | |
| **Case Number:** | 2:08-bk-12696-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 14, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE INC.

**R / M #:**   33 / 0

## *Appearances:*

ANTHONY W. CLARK, ATTORNEY FOR STEVEN PAUL KEITH, ROBERTA CHARLENE KEITH
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald informed the debtors are unable to agree to a 6 month stipulation and therefore he requests stay relief.

Mr. Clark advised the debtors have attempted a loan modification.

Mr. McDonald stated the modification has been denied.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY.  MR. MCDONALD MAY UPLOAD A FORM OF ORDER.